|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   |                                                                 |
| 2   |                                                                 |
| 3   |                                                                 |
| 4   |                                                                 |
| 5   |                                                                 |
| 6   |                                                                 |
| 7   |                                                                 |
| 8   | IN THE UNITED STATES DISTRICT COURT                             |
| 9   | FOR THE EASTERN DISTRICT OF CALIFORNIA                          |
| 10  | RAY MCKINLEY BOWEN,                                             |
| 11  | Petitioner,           No. CIV S-07-0321 GEB DAD P               |
| 12  | vs.                                                             |
| 13  | JAMES YATES, Warden, et al.,                                    |
| 14  | Respondents.          ORDER                                     |
| 15  | _____/                               |
| 16  | Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of |
| 17  | habeas corpus pursuant to 28 U.S.C. § 2254. In his application, petitioner challenges a judgment |
| 18  | of conviction issued by the Kings County Superior Court. Kings County is part of the Fresno |
| 19  | Division of the United States District Court for the Eastern District of California. See Local Rule |
| 20  | 3-120(d).                                                       |
| 21  | Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in |
| 22  | the proper division of a court may, on the court's own motion, be transferred to the proper |
| 23  | division of the court. Therefore, this action will be transferred to the Fresno Division of the |
| 24  | court.                                                          |
| 25  | /////                                                           |
| 26  | /////                                                           |

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This action is transferred to the United States District Court for the Eastern
3  District of California sitting in Fresno; and

4  2. All future filings shall reference the new Fresno case number assigned and
5  shall be filed at:

>  United States District Court
>  Eastern District of California
>  2500 Tulare Street
>  Fresno, CA 93721

DATED: March 5, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb
bowe0321.109