# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY McKINLEY BOWEN,<br><br>        Petitioner,<br><br>   v.<br><br>JAMES YATES, Warden, et al.,<br><br>        Respondents. | 1:07-CV-0366 LJO DLB HC<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

    IT IS SO ORDERED.

**Dated:  March 14, 2007**          **/s/ Dennis L. Beck**
23ehd0                                                       UNITED STATES MAGISTRATE JUDGE