# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY MCKINLEY BOWEN, | CV F   07-00366 LJO DLB HC |
| Petitioner, | ORDER STRIKING MOTION FOR IMMEDIATE EMERGENCY INJUNCTION |
| v. | [Doc. 21] |
| JAMES YATES, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Pending before the Court is a motion for an immediate emergency injunction, filed August 8, 2007.  (Court Doc. 21.)  The motion is signed by a fellow inmate, B. Thomas BuenaVista.  The motion requests that fellow inmate BuenaVista be granted access to his legal property in order to prepare and file a traverse in the instant action on behalf of Petitioner, Ray McKinley Bowen.  Petitioner is advised that applications for relief, though prepared by someone else, must be signed and verified by the inmate seeking relief.  Rule 2 of the Rules Governing Section 2254 Cases; 28 U.S.C. § 2242; Local Rule 81-190.  Accordingly, as the instant motion was not signed by Petitioner, it must be stricken from the record.

1

Based on the foregoing, it is HEREBY ORDERED that the motion for an immediate emergency injunction, filed August 8, 2007, at Court Document 21, is STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **September 5, 2007**                              **/s/ Dennis L. Beck**
                                                           UNITED STATES MAGISTRATE JUDGE