# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY MCKINLEY BOWEN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JAMES YATES,<br><br>　　　　Respondent.<br>_____/ | CV F   07-00366 LJO DLB HC<br><br>ORDER DENYING PETITIONER'S MOTIONS FOR CLERK OF COURT TO PROVIDE COPY OF RESPONDENT'S ANSWER AT NO COST<br><br>[Docs. 22, 26] |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　On August 10, 2007, and September 5, 2007, Petitioner filed motions for the Court to provide him with a copy of Respondent's answer filed on July 31, 2007. (Court Docs. 22, 26.) In his motions, Petitioner requests a copy of Respondent's answer in order to file a traverse. However, on September 28, 2007, Petitioner filed a traverse to Respondent's answer. (Court Doc. 28.) Therefore, Petitioner's motions for a copy of Respondent's answer are be DENIED as MOOT.

　　　IT IS SO ORDERED.

　　　Dated:　**October 2, 2007**　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE