# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY MCKINLEY BOWEN, | CV F  07-00366 DLB HC |
| Petitioner, | ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |
| v. | |
| DERRAL G. ADAMS, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

On July 31, 2007, Respondent filed an answer to the instant petition.  In the answer, counsel for Respondent requests that Derral G. Adams, be substituted in placed for James A. Yates pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

Based on the foregoing, the Clerk of Court is directed to substitute Derral G. Adams in place of James A. Yates.

IT IS SO ORDERED.

Dated:   **May 1, 2008**          /s/ Dennis L. Beck
                                   UNITED STATES MAGISTRATE JUDGE

1